IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE KAY PENLAND, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| Defendant. | : | NO.   11-04414 |

## ORDER

**AND NOW**, this 19th day of October, 2011, after a review of the docket discloses that an answer to the Complaint in the above-captioned matter has not been filed by the defendant, and no request for default has been filed, it is hereby **ORDERED** that the matter is hereby   **DISMISSED WITHOUT PREJUDICE** for lack of prosecution as to the defendant NCO FINANCIAL SYSTEMS, INC.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.